IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *ex rel.* )
ANDREW HALLDORSON, )
                                     )
       Plaintiffs, )
                                      )
       v. )   Civil Action No. 1:17-cv-00052 (RBW)
                                      )
22nd CENTURY TECHNOLOGIES, INC., *et al.*, )
                                      )
       Defendants. )
                                      )

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On May 11, 2020, Relator Andrew Halldorson filed a Notice of Voluntary Dismissal

Without Prejudice of this action.  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the

United States hereby notifies the Court that the Attorney General consents to the dismissal of this

action without prejudice to the rights of the United States, based on its determination that such a

dismissal is commensurate with the public interest and that the matter does not warrant the

continued expenditure of government resources to pursue or monitor the action based on

currently available information.

*[Signatures appear on the following page.]*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHAEL R. SHERWIN
Acting United States Attorney, District of Columbia

DANIEL F. VAN HORN, D.C. BAR #924092
Civil Chief

   /s/  *John C. Truong*
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Telephone No.:  (202) 252-2524
Facsimile:  (202) 252-2599
John.Truong@usdoj.gov

ANDY J. MAO
ALLISON CENDALI, D.C. Bar #468763
GLENN P. HARRIS, D.C. Bar #418940
Attorneys, Civil Division
United States Department of Justice
PO Box 261, Ben Franklin Station
Washington, DC 20044
Telephone No.:  (202) 305-4207
glenn.p.harris@usdoj.gov

May 20, 2020                                   Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW HALLDORSON,<br><br>        Plaintiffs,<br><br>        v.<br><br>22nd CENTURY TECHNOLOGIES, INC., *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:17-cv-00052 (RBW)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Relator Andrew Halldorson's Notice of Dismissal and Request

for the Consent of the Court and the United States, and the United States' Notice of Consent to

Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and for good cause shown,

it is hereby

**ORDERED** that this action is dismissed without prejudice as to Relator Andrew

Halldorson and as to the United States.

    **SO ORDERED** this _____ day of _____, 2020.

                                      _____

                                      REGGIE B. WALTON
                                      United States District Court Judge

**To the Clerk of Court: Please send copies of this Order to**

John C. Truong
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530

Glenn P. Harris
Trial Attorney, Civil Division
United States Department of Justice
PO Box 261, Ben Franklin Station
Washington, DC 20044

Victor A. Kubli
Law Office of Victor A. Kubli, P.C.
13948 Bromfield Rd.
Germantown, MD  20874

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this XXth day of May, 2020, a true and correct copy of the

foregoing United States' Notice of Consent to Dismissal was served on the attorneys of record in

this case via the Court's electronic filing system.

_____
JOHN C. TRUONG
Assistant United States Attorney